UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOLYON A. SILVERSMITH,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL AVIATION ADMINISTRATION,<br><br>Defendant. | Civil Action No. 1:22-cv-03613 (JMC) |

## SCHEDULING ORDER

**I.    CASE DEADLINES**

It is hereby **ORDERED** that the Parties shall file a joint status report by March 20, 2023, and every 90 days thereafter until further order of the Court.

**II.   COMMUNICATIONS WITH CHAMBERS**

The Parties are to communicate with the Court by motion, opposition, reply, or notice, including for requests for extensions or to reschedule hearing dates. The Parties should not call or email Chambers about pending case matters.

**III.  MEDIATION**

The Court encourages the Parties to mediate their case with a Magistrate Judge or through the Mediation Program of the Circuit Executive's Office. If, at any point, the Parties desire to engage in mediation, the Parties should file a joint request captioned "Joint Motion for Mediation," and the Court will make the requested referral.

    **SO ORDERED**.

DATE: January 18, 2023

                                                                                                       Jia M. Cobb
                                                                                                      U.S. District Court Judge